# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### DOCKETING STATEMENT

**Case Number:** 2026-1928

**Short Case Caption:** State of Oregon v. Trump

**Filing Party** Appellants

| **Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing. |
|---|

| Issues to be raised on appeal: |
|---|
| Whether the CIT erred by concluding that all plaintiff states except the State of Washington lacked standing. |

| Relief awarded below (if damages, specify): ☐ None/Not Applicable |
|---|
| Declaratory judgment and injunctive relief |

| Briefly describe the judgment/order appealed from: |
|---|
| The CIT held that the President lacked the authority to impose tariffs under Section 122 of the Trade Act of 1974 and permanently enjoined their enforcement against private plaintiffs and the State of Washington, but it also held that the other state plaintiffs lacked standing and dismissed their claims. |

| Nature of Judgment (select one:) | Date of Judgment: 5/7/2026 |
|---|---|
| ☒ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>☐ Other (explain) _____ | |

Date: 6/11/2026

Signature: /s/ Benjamin Gutman

Name: Benjamin Gutman