No. 26-1928

_____

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
_____

STATE OF OREGON, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF NEW YORK, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, STATE OF ILLINOIS, OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR, in his official capacity as Governor of the Commonwealth of Kentucky, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEVADA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF NORTH CAROLINA, JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania, STATE OF RHODE ISLAND, STATE OF VERMONT, COMMONWEALTH OF VIRGINIA, STATE OF WISCONSIN,

Plaintiffs - Appellants,

STATE OF WASHINGTON,

Plaintiff

v.

DONALD J. TRUMP, in his official capacity as President of the United States, DEPARTMENT OF HOMELAND SECURITY, MARKWAYNE MULLIN, Secretary of Homeland Security, UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, Commissioner of U.S. Customs and Border Protection, UNITED STATES,

Defendants - Appellees,

On Appeal from the United States Court of International Trade in Nos. 1:26-CV-01472-3JP
_____

**MOTION TO CONSOLIDATE**
_____

DAN RAYFIELD
Attorney General
BENJAMIN GUTMAN

Deputy Attorney General
1162 Court St. NE
Salem, Oregon 97301-4096
Telephone:  (503) 378-4402
benjamin.gutman@doj.oregon.gov

Attorneys for State of Oregon

_____

_____

Pursuant to Federal Rule of Appellate Procedure 3(b)(2), appellants move this court to consolidate this cross appeal with the appeals in *State of Oregon v. Trump*, Federal Circuit Nos. 26-1804 and 26-1805. This cross appeal arises from the same underlying judgment of the Court of International Trade from which appellees here appeal in Appeal Nos. 26-1804 and 26-1805, and all parties have entered appearances and filed certificates of interest in those proceedings.

Given that all parties have appeared and filed certificates of interest in Appeals Nos. 26-1804 and 26-1805, appellants ask that this court waive any need to file separate appearances and certificates of interest in this cross appeal. All parties in all three appeals consent to this motion to consolidate.

Respectfully submitted this 24th day of June, 2026

**DAN RAYFIELD**
Attorney General
State of Oregon

By: */s/ Benjamin Gutman*
Benjamin Gutman
Deputy Attorney General
Dustin Buehler
Special Counsel
Paul Smith
Solicitor General
Brian Marshall
Adam Holbrook
Jordan R. Silk
Senior Assistant Attorneys General
Department of Justice
1162 Court Street NE
Salem, Oregon 97304
Telephone: (503) 378-4402
benjamin.gutman@doj.oregon.gov

**KRISTIN K. MAYES**
Attorney General
State of Arizona

By: */s/ Joshua D. Bendor*
Joshua D. Bendor
Solicitor General
Syreeta A. Tyrell
Senior Litigation Counsel
Timothy E.D. Horley
Jaylia Yan
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004
Phone: (602) 542-3333
Joshua.bendor@azag.gov
Syreeta.Tyrell@azag.gov
Timothy.Horley@azag.gov
Jaylia.Yan@azag.gov
ACL@azag.gov

paul.l.smith@doj.oregon.gov
adam.holbrook@doj.oregon.gov
jordan.r.silk@doj.oregon.gov

Counsel for the State of Oregon

**ROB BONTA**
Attorney General
State of California

By: */s/ Shiwon Choe*
Lara Haddad
Supervising Deputy Attorney General
Shiwon Choe
Carolyn Downs
Samuel Sokolsky
Deputy Attorneys General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
(415) 510-4400
Lara.Haddad@doj.ca.gov
Shiwon.Choe@doj.ca.gov
Carolyn.Downs@doj.ca.gov
Samuel.Sokolsky@doj.ca.gov
Counsel for the State of California

**PHILIP J. WEISER**
Attorney General State of Colorado

By: */s/ Sarah H. Weiss*
Sarah H. Weiss
Senior Assistant Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
Sarah.Weiss@coag.gov

Counsel for the State of Colorado

**KATHLEEN JENNINGS**
Attorney General
State of Delaware

By: */s/ Ian R Liston*
Ian R. Liston
Director of Impact Litigation
Vanessa L. Kassab
Deputy Attorney General
Rose Gibson
Assistant Attorney General
Delaware Department of Justice
820 N. French Street

Counsel for the State of Arizona

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Rabia Muqaddam*
Rabia Muqaddam
Chief Counsel for Federal Initiatives
Stephen Thompson
Mark Ladov
Natasha Korgaonkar
Special Counsel
28 Liberty St.
New York, NY 10005
(212) 416-8679
rabia.muqaddam@ag.ny.gov
stephen.thompson@ag.ny.gov
mark.ladov@ag.ny.gov
Natasha.korgaonkar@ag.ny.gov

Counsel for the State of New York

**WILLIAM TONG**
Attorney General of Connecticut

By: */s/ Michael Skold*
Michael Skold
Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.Skold@ct.gov

Counsel for the State of Connecticut

**KWAME RAOUL**
Attorney General
State of Illinois

By: */s/ Sarah A. Hunger*
Jane Elinor Notz
Solicitor General
Sarah A. Hunger
Deputy Solicitor General
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603

Wilmington, DE 19801
(302) 683-8875
Ian.Liston@Delaware.gov

Counsel for the State of Delaware

**OFFICE OF THE GOVERNOR ex rel. Andy Beshear,** in his official capacity as Governor of the Commonwealth of Kentucky

By: */s/ S. Travis Mayo*
S. Travis Mayo
General Counsel
Laura C. Tipton
Deputy General Counsel
Office of the Governor
501 High Street
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
laurac.tipton@ky.gov

Counsel for Governor Andy Beshear

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ James C. Luh*
James C. Luh
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6411
jluh@oag.maryland.gov

Counsel for the State of Maryland

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909

Telephone:  (312) 814-5202
Sarah.hunger@ilag.gov

Counsel for the State of Illinois

**AARON M. FREY**
Maine Attorney General

By: */s/ Katherine W. Thompson*
Katherine W. Thompson
Special Counsel
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Tel.: 207-626-8455
Fax: 207-287-3145
Kate.thompson@maine.gov

Counsel for the State of Maine

**ANDREA JOY CAMPBELL**
Attorney General of Massachusetts

By: */s/ Katherine Dirks*
Katherine Dirks
Chief State Trial Counsel
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

Counsel for the Commonwealth of Massachusetts

**KEITH ELLISON**
Attorney General
State of Minnesota

By: */s/ Lindsey E. Middlecamp*
PETER J. FARRELL (#0393071)
Deputy Solicitor General
LINDSEY E. MIDDLECAMP (#0392589)
Special Counsel

(517) 335-7603
GiovanattiN@michigan.gov

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1010 (Voice)
(651) 282-5832 (Fax)
Peter.farrell@ag.state.mn.us
Lindsey.middlecamp@ag.state.mn.us

Counsel for the State of Michigan

Counsel for the State of Minnesota

**AARON D. FORD**
Attorney General

By: */s/ K. Brunetti Ireland*
K. Brunetti Ireland
Chief of Special Litigation
Office of the Nevada Attorney
General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Lucy I. Sprague*
Lucy I. Sprague
David N. Birch
Deputy Attorneys General
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
(609) 696-5363
Lucy.Sprague@law.njoag.gov

Counsel for the State of Nevada

Counsel for the State of New Jersey

**RAUL TORREZ**
Attorney General of New Mexico

By: */s/ Amy Senier*
AMY SENIER
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
505-490-4060
asenier@nmdoj.gov

**JEFF JACKSON**
Attorney General of North Carolina

LAURA HOWARD
Chief Deputy Attorney General

By: */s/ Daniel T. Wilkes*
Daniel T. Wilkes
Assistant Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
919-716-6415
dwilkes@ncdoj.gov

Counsel for the State of New Mexico

Counsel for the State of North
Carolina

**JOSH SHAPIRO,**
in his official capacity as Governor of
the Commonwealth of Pennsylvania

JENNIFER SELBER
General Counsel

By: */s/ Jacob B. Boyer*

**PETER F. NERONHA**
Attorney General of Rhode Island

By: */s/ Alex Carnevale*
Alex Carnevale
Special Assistant Attorney General
Office of the Attorney General - State
of Rhode Island

Jacob B. Boyer
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 460-6786
jacobboyer@pa.gov

Counsel for Governor Josh Shapiro

150 South Main Street
Providence, RI 02903
(401) 274 4400
acarnevale@riag.ri.gov

Counsel for the State of Rhode Island

**CHARITY R. CLARK**
Attorney General of Vermont

By: */s/ Ryan P. Kane*
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
ryan.kane@vermont.gov

Counsel for the State of Vermont

**JAY JONES**
Attorney General of Virginia

By: */s/ Tillman J. Breckenridge*
Tillman J. Breckenridge
Solicitor General
202 N. 9th Street
Richmond, Virginia 23219
Tel: (804) 786-2071
Fax: (804) 786-1991
solicitorgeneral@oag.state.va.us

Counsel for the Commonwealth of
Virginia

**NICHOLAS W. BROWN**
Attorney General
State of Washington

By: */s/ Freeman E. Halle*
FREEMAN E. HALLE,
WSBA 61498
TODD SIPE, WSBA 23203
Assistant Attorneys General
Office of the Washington State
Attorney General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
freeman.halle@atg.wa.gov
todd.sipe@atg.wa.gov

Counsel for the State of Washington

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Brian P. Keenan*
Brian P. Keenan State Bar #1056525
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020
(608) 294-2907 (Fax)
brian.keenan@wisdoj.gov

Counsel for the State of Wisconsin

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, I directed the Motion to Consolidate to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Benjamin Gutman

BENJAMIN GUTMAN #160599
Deputy Attorney General
benjamin.gutman@doj.oregon.gov

J4S:rr4\